# JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALBERT QUEVEDO, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:21-CV-04816 AB (JPRX)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

The Court having reviewed the parties' Stipulation to Voluntarily Dismiss the Action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the action is **DISMISSED in its entirety with prejudice**. Each party to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 9, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE